BENJAMIN B. WAGNER
United States Attorney
ERIC CHAI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MJ-00184-KJN |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITH PREJUDICE |
| v. | |
| GENNADIY TSVOR, | |
| Defendant. | |

It is hereby ordered that 2:14-MJ-00184-KJN is dismissed with prejudice upon the government's motion.

Dated: September 9, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1